In the Matter of EARLE MARTIN et al., Appellants, against BURR CAMERON, as Police Justice of the Village of Endicott, et al., Respondents.

Submitted January 19, 1942; decided January 22, 1942.

*Harry Kantor* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants serve and file an undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.